UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION  MDL No. 2996

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −19)

On June 7, 2021, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, 56 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 20, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION**     MDL No. 2996

### SCHEDULE CTO−19 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 21−00210 | CITY OF ALBANY GEORGIA et al v. MCKINSEY AND COMPANY INC |
| **GEORGIA SOUTHERN** | | | |
| GAS | 1 | 21−00173 | Augusta, Georgia et al v. McKinsey and Company, Inc. |
| **KENTUCKY WESTERN** | | | |
| KYW | 1 | 21−00156 | The Fiscal Court of Adair County et al v. McKinsey and Company, Inc. |
| **MARYLAND** | | | |
| MD | 1 | 21−03100 | Allegany County, Maryland et al v. McKinsey and Company, Inc. |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 3 | 21−00236 | Benton County, Mississippi et al v. McKinsey and Company, Inc. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 5 | 21−00097 | Amite County, Mississippi et al v. McKinsey and Company, Inc. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 21−01388 | Audrain County, Missouri et al v. McKinsey and Company, Inc. |
| **NEW MEXICO** | | | |
| NM | 1 | 21−01103 | Board of County Commissioners of the County of Bernalillo, New Mexico et al v. McKinsey and Company, Inc. |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM | 3 | 21−01958 | |

|  |  |  | City of Nanticoke, Pennsylvania et al v. McKinsey and Company, Inc. |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 21−00618 | Virginia Beach, Virginia et al v. McKinsey and Company, Inc. |
| **WASHINGTON WESTERN** | | | |
| WAW | 3 | 21−05853 | Kitsap County v. McKinsey & Company Inc United States et al |
| **WISCONSIN EASTERN** | | | |
| WIE | 2 | 21−01380 | City of Kenosha Wisconsin et al v. McKinsey and Company Inc |